# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDER N. ASANOV, et al.,** | : | **CIVIL ACTION NO. 1:05-CV-0470** |
| **Plaintiffs** | : | **(Judge Conner)** |
| v. | : | |
| **M. HAYES HUNT and MARINA Y. HUNT,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 17th day of November, 2005, upon consideration of plaintiffs' motion (Doc. 49), requesting an enlargement of the time period allowed for modification of the case management order, and the court finding that plaintiffs have not demonstrated cause for such an enlargement, see FED. R. CIV. P. 6(b) ("[T]he court for cause shown may . . . order the period [of time] enlarged if request therefor is made before the expiration of the period originally prescribed. . . ."); see also id. 16(b)(6) ("A schedule shall not be modified except upon a showing of good cause . . . ."), it is hereby ORDERED that the motion (Doc. 49) is DENIED without prejudice.

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge