```
              UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


ALEXANDER N. ASANOV and          :   CIVIL NO. 1:05-CV-0470
BIOELECTROSPEC, INCORPORATED,    :
                                 :
          Plaintiffs             :   (Judge Conner)
                                 :
     v.                          :   (Magistrate Judge Smyser)
                                 :
M. HAYES HUNT and                :
MARINA Y. HUNT,                  :
                                 :
          Defendants             :
```

**REPORT AND RECOMMENDATION**

In a Report and Recommendation filed on May 16, 2005, it was recommended that the complaint be dismissed on the basis of a lack of personal jurisdiction.

Four amended complaints have been filed. The fourth amended complaint was filed on October 24, 2005 (Doc. 44). An answer to the fourth amended complaint was filed on December 2, 2005 (Doc. 56). The defendants filed a motion for judgment on the pleadings on January 26, 2006 (Doc. 68). A brief in support was filed on that date (Doc. 69). A brief in opposition was filed on February 2, 2006 (Doc. 70).

It is recommended that the fourth amended complaint be dismissed on the basis of a lack of personal jurisdiction over the defendants as to the matters alleged in the complaint, for the reasons stated and under the law as stated in the Report and Recommendation of May 16, 2005 (Doc. 19).  The fourth amended complaint, like the prior complaint under consideration in the Report and Recommendation of May 16, 2005, does not allege facts that provide a basis for this court to exercise jurisdiction over the persons of the defendants in a civil action.

It is recommended that the pending motions (Docs. 71, 73) of the plaintiff relating to discovery be denied as moot.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated:  April 21, 2006.