IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEXANDER N. ASANOV, et al.,** : | CIVIL ACTION NO. 1:05-CV-0470 |
| **Plaintiffs** : | (Judge Conner) |
| v. : | |
| **M. HAYES HUNT and** : | |
| **MARINA Y. HUNT,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 15th day of November, 2006, upon consideration of the report of the magistrate judge (Doc. 95), to which no objections have been filed, and, following an independent review of the record, it is hereby ORDERED that:

1. The report and recommendation of the magistrate judge (Doc. 95) is ADOPTED.

2. Defendants' motion (Doc. 90) to dismiss the fifth amended complaint (Doc. 84) is GRANTED with respect to all claims except the claim that Dmitry Asanov installed child pornography and spyware on the plaintiffs' computers at the behest of the defendants.  (See Doc. 80.)

3. Defendants' motion (Doc. 90) to dismiss the fifth amended complaint is otherwise DENIED.

4. Plaintiffs' motion (Doc. 92) for a hearing on defendants' motion to dismiss (Doc. 90) is DENIED as moot.

5. The above-captioned case is REMANDED to the magistrate judge for further proceedings.

     S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge